Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone:  (503) 227-4600
FAX :  (503) 248-6800
e-mail: maynards@bennetthartman.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CHERYL l. RASK,**

    Plaintiff,

    v.

MICHAEL ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

3:10-CV-01082-SI

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of attorney fees in the amount of $3,590.20 pursuant to 28 U.S.C §2412; costs in the amount of $374.60 and expenses in the amount of $59.42, pursuant to 28 U.S.C §1920; for a total of $4,024.22. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: _23rd_ day of _December_, 2011

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
/s/_____
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – RASK